APPEAL No. 76-243. STANLEY PUC et al. v. LEASEWAY OF NEW ENGLAND et al. Motion of plaintiffs for extension of time to transmit the record is granted and said record shall be filed on or before September 6, 1976. Motion of defendants to dismiss the appeal denied without prejudice. *Joseph A. Keough, Keough, Parker & Gearon,* for plaintiffs. *Higgins, Cavanagh & Cooney, Kenneth P. Borden,* for defendants.